Peter Crosetto, defendant in error, v. James Cherry, plaintiff in error. Gen. No. 8,013.

Opinion filed April 29, 1929.

Watts A. & Carey R. Johnson and Mann & Coleman, for plaintiff in error; Oliver D. Mann, of counsel. Paul D. Perona, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

A. H. Mammen, appellant, v. H. A. Millard et al., appellees. Gen. No. 8,018.

Opinion filed April 29, 1929. Rehearing denied June 18, 1929.

Schiepan & Watters, Ridgely & Ridgely and Charles Williams, for appellant. LeForgee, Black & Samuels, Miller, Elliott & Westervelt and Francis X. Busch, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

Dan Saltsman, appellee, v. The Home Insurance Company, appellant. Gen. No. 7,993.

Opinion filed May 6, 1929.

Woodward, Hibbs & Pool, for appellant; E. L. Snider, of counsel. Richolson, Armstrong & O'Meara, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Hal Campbell, appellant, v. Cologero Digiovanni, appellee. Gen. No. 7,965.

Opinion filed May 6, 1929.

B. A. Knight, for appellant. No appearance for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Frank P. Schmidt et al., appellants, v. Albert Randall, appellee. Gen. No. 7,977.

Opinion filed May 6, 1929.

J. W. Maple and Weil, Bartley & Weil, for appellants. Robert N. McCormick and Jack, Irwin & Jack, for appellee.

Mr. Justice Boggs delivered the opinion of the court.